IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02173-RPM

TRAVIS O'NEIL;
LAURA KEARL O'NEIL; and
CORD IIAMS, a minor child, by and through his grandfather and next friend
DAVID IIAMS,

        Plaintiffs,

v.

WEST CHEYENNE FIRE PROTECTION DISTRICT, by and though its Board of Directors;
DARREL SCHALLENBERGER, and any other so situated, in his official capacity as Chairman of the Board of Directors for the West Cheyenne Fire Protection District;
PENNY McPHERSON, and any other so situated, in her official capacity as Fire Chief for the West Cheyenne Fire Protection District;
TROY R. SMITH, individually and in his official capacity as a volunteer fireman;
RONALD B. CROCKER, individually and in his official capacity as a volunteer fireman;
BARRY MAYHAN, individually and in his official capacity as a volunteer fireman; and
JASON C. RANDEL, individually and in his official capacity as a volunteer fireman,

        Defendants.

_____

ORDER FOR AWARD OF ATTORNEY'S FEES
_____

On May 16, 2006, the defendants West Cheyenne Fire Protection District, Darrel Schallenberger and Penny McPherson filed a motion seeking an award of attorney's fees for obtaining dismissal of the twelve state law claims pleaded against them, pursuant to C.R.S. § 13-17-201. The plaintiff responded, arguing that the statutory award should not be made because the plaintiffs conceded in their response to the moving defendants' motion to dismiss that these defendants are immune from the

plaintiffs' state law claims.  As noted in the moving defendants' reply, at the time the plaintiffs filed their response, they also filed a motion to file a second amended complaint and tendered that complaint which essentially repeated all of the same state law claims against all defendants.  Accordingly, the plaintiffs did not voluntarily dismiss their claims and it is therefore

ORDERED that the motion for award of attorney's fees is granted and the plaintiffs shall pay the amount of $4,393.23 as a reasonable fee for the moving defendants in successfully pursuing their motion to dismiss the state law claims against them.

DATED: June 21st , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge