IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02173-RPM

TRAVIS O'NEIL;
LAURA KEARL O'NEIL; and
CORD IIAMS, a minor child, by and through his grandfather and next friend
DAVID IIAMS,

        Plaintiffs,

v.

TROY R. SMITH, individually and in his official capacity as a volunteer fireman;
RONALD B. CROCKER, individually and in his official capacity as a volunteer fireman;
BARRY MAYHAN, individually and in his official capacity as a volunteer fireman; and
JASON C. RANDEL, individually and in his official capacity as a volunteer fireman,

        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16 it is

ORDERED that a scheduling conference will be held on **August 18, 2006, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by August 10, 2006.

DATED: June 22nd , 2006

                                    BY THE COURT:
                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge