IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

...ATES DISTRICT CO...
...NVER, COLORADO

AUG 1 8 2006

GREGORY C. LANGHA...

Civil Action No. 05-CV-02173-RPM-OES

TRAVIS D. O'NEIL, individually
LAURA KEARL O'NEAL, individually, and
CORD IIAMS, a minor child, by and through his grandfather and next friend, DAVID IIAMS,

    Plaintiffs

v.

TROY R. SMITH, individually and in his official capacity as a volunteer fireman;
RONALD B. CROCKER, individually and in his official capacity as a volunteer fireman;
BARRY MAYHAN, individually and in his official capacity as a volunteer fireman; and
JASON C. RANDEL, individually and in his official capacity as a volunteer fireman.

    Defendants

---

ORDER FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF CORD IIAMS

---

THIS MATTER coming before the Court on Plaintiff, Cord Iiams Motion for Substitution for Counsel for Cord Iiams and good cause appearing therefore,

IT IS ORDERED that the appearance of Harry A. Tucker, Jr. is hereby substituted for that of Greg R. Remmenga, as counsel for Cord Iiams and Harry A. Tucker, Jr. shall hereafter be counsel of record for Plaintiff, Cord Iiams.

Dated: *August 18, 2006*

BY THE COURT:

_____
Federal District Court Judge