IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02173-RPM

TRAVIS O'NEIL;
LAURA KEARL O'NEIL; and
CORD IIAMS, a minor child, by and through his grandfather and next friend
DAVID IIAMS,

    Plaintiffs,

v.

TROY R. SMITH, individually and in his official capacity as a volunteer fireman;
RONALD B. CROCKER, individually and in his official capacity as a volunteer fireman;
BARRY MAYHAN, individually and in his official capacity as a volunteer fireman; and
JASON C. RANDEL, individually and in his official capacity as a volunteer fireman,

    Defendants.

_____

## ORDER FOR TRANSFER TO STATE COURT
_____

Pursuant to the Stipulated Motion for Transfer to State Court, filed September 15, 2006 [47], it is

ORDERED that the stipulated motion is granted and this case shall be transferred to the Cheyenne County District Court, 15th Judicial District.

DATED: September 15th, 2006

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge