IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02173-RPM-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2007

GREGORY C. LANGHAM
CLERK

TRAVIS D. O'NEIL, individually;
LAURA KEARL O'NEIL, individually, and
CORD IIAMS, a minor child, by and through his grandfather and next friend, DAVID IIAMS,

    Plaintiffs,

v.

WEST CHEYENNE FIRE PROTECTION DISTRICT, by and through its Board of Directors;
DARREL SCHALLENBERGER, and any other so situated, in his official capacity as Chairman of the Board of Directors for the West Cheyenne Fire Protection District;
PENNY McPHERSON, and any other so situated, in her official capacity as Fire Chief for the West Cheyenne Fire Protection District;
TROY R. SMITH, individually and in his official capacity as a volunteer fireman;
RONALD B. CROCKER, individually and in his official capacity as a volunteer fireman;
BARRY MAYHAN, individually and in his official capacity as a volunteer fireman; and
JASON C. RANDEL, individually and in his official capacity as a volunteer fireman,

    Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

---

THIS MATTER having come before the Court on Defendants West Cheyenne Fire Protection District, Darrel Schallenberger, and Penny McPherson's Motion for Entry of Judgment and the Court having reviewed the motion and being fully advised, ORDERS that the motion is GRANTED and that Judgment is hereby entered in favor of Defendants West Cheyenne Fire Protection District, Darrel Schallenberger, and

Penny McPherson, and against Plaintiffs, in the amount of $4,393.23 in accordance with the Court's Order for Award of Attorney's Fees dated June 21, 2006.

DATED this ___2nd___ day of ___July___, 2007.

By the Court,

_____
DISTRICT COURT JUDGE